## PEMBERTON v. STAPLES

| 6 | 59 |
|100|69|
| 6 | 59, |
|123|118|

Fraud constitutes a good defence in law as in equity, and a general allegation of fraud in a plea, without specifying the particulars, is sufficient.

Error to Lewis Circuit Court.

The following opinion was delivered at the August term of the year 1839, and the cause, on motion of the plaintiff. in error, being kept under advisement, and the two judges who were then on the bench, being still of opinion that its former judgment was correct, now direct their opinions to be transcribed for publication.

Wright & Anderson for Plaintiff. The circuit court committed palpable and manifest error in sustaining the de-

●CT. TERM
1839.

Pemberton
vs,
Staples,

murrer of the plaintiff below to the defendants plea of fraud, and the counsel cite, in support of their position, 1 Chitty pl. 553. 1 vol. D. C. L.   Montgomery vs Tipton, page 446.

Allen for defendant.   There is no error committed by the court below, see 3rd Chitty's pleadings, and precedents and authorities there cited in note p. 963.

Opinion of the court delivered by Edwards Judge.

Staples sued Pemberton by petition in debt in the Lewis circuit court.   Pemberton pleaded non est factum and fraud generally.   Staples replied to the plea of non est factum, and demurred to the plea of fraud.   The court sustained the demurrer and the plaintiff had judgment.

The plaintiff in error insists that the circuit court erred in sustaining the demurrer to the plea of fraud, and cites the

Fraud con-
stitutes a
good defence
in law as well
as in equity,
and a general
allegation of
fraud in a plea
without spe-
cifying the
particulars,
is sufficient.

case of Montgomery vs. Tipton 1 Mo. Dec. 446.   In the case there cited, the court held that fraud constituted a good defence in law as well as in equity,' and that a general allegation of fraud, without specifying the particulars; was sufficient.   There may have been some conflict in the decisions upon this subject, but we have not the authorities to ascertain how far this extends; 3 Chitty, 963, notes M, & I. As at present advised, there seems to be no objection to the law as settled in the case of Montgomery and Tipton.   The other judges concurring, this cause is reversed and remanded.